UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, *et al.*, <br><br> Plaintiffs, <br> v. <br> D.J. MECHANICAL, INC., <br><br> Defendant, <br> v. <br> PRIME SHEET METAL, LLC, <br><br> Garnishee. | Case No. MC19-0046RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Applicant Affidavit for Writ of Garnishment" for property in which the defendant/judgment debtor, D.J. Mechanical, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Prime Sheet Metal, LLC. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on April 5, 2019, at Dkt. # 1-3.

Dated this 19th day of April, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT